FILED
CLERK, U.S. DISTRICT COURT

8/6/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ELPIDIO REYNA,<br><br>　　　　Defendant. | CR 2:25-cr-00642-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assault on Federal Officer by Deadly or Dangerous Weapon Resulting in Bodily Injury] |

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant ELPIDIO REYNA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim J.C., an employee of the Department of Homeland Security – United States Border Patrol, while J.C. was engaged in, and on account of, the performance of J.C.'s official duties, and in doing so used a deadly and dangerous weapon, namely, a rock.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant ELPIDIO REYNA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim R.T., an employee of the Department of Homeland Security – United States Border Patrol, while R.T. was engaged in, and on account of, the performance of R.T.'s official duties, and in doing so used a deadly and dangerous weapon, namely, a rock, resulting in the infliction of bodily injury to R.T.

COUNT THREE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant ELPIDIO REYNA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victims A.V. and J.M., an employee of the Department of Homeland Security – United States Border Patrol, while A.V. and J.M. were engaged in, and on account of, the performance of A.V. and J.M.'s official duties, and in doing so used a deadly and dangerous weapon, namely, a rock.

COUNT FOUR

[18 U.S.C. §§ 111(a)(1), (b)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant ELPIDIO REYNA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim J.F., an employee of the Department of Homeland Security – United States Border Patrol, while J.F. was engaged in, and on account of, the performance of J.F.'s official duties, and in doing so used a deadly and dangerous weapon, namely, a rock.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

THI HOANG HO
Assistant United States Attorney
General Crimes Section

4